People ex rel. Royal v McCarthy
2026 NY Slip Op 02760
May 1, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK EX REL.
v
MARKEEF ROYAL, PETITIONER-APPELLANT, K. MCCARTHY, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY, RESPONDENT-RESPONDENT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on May 1, 2026
344 KAH 25-00307
Present: Whalen, P.J., Curran, Ogden, Nowak, And Delconte, JJ.

JULIE CIANCA, PUBLIC DEFENDER, ROCHESTER (ALEXANDER PRIETO OF COUNSEL), FOR PETITIONER-APPELLANT.

Appeal from a judgment (denominated order) of the Monroe County Court (Douglas A. Randall, J.), entered November 22, 2024, in a habeas corpus proceeding. The judgment denied the petition.
[*1]
It is hereby ORDERED that said appeal is unanimously dismissed without costs as moot (see People v Royal, — AD3d — [Apr. 24, 2026] [4th Dept 2026]).
Entered: May 1, 2026
Ann Dillon Flynn
Clerk of the Court